

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2017

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Joo Hyun Bahn *et al.*,**
16 Cr. 831 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter to request that an initial pretrial conference be scheduled at the Court's convenience in the above-referenced matter.

On January 10, 2017, defendant Joo Hyun Bahn was arrested and presented and arraigned on the Indictment before U.S. Magistrate Judge Kevin Nathaniel Fox. Judge Fox ordered Bahn released on bail with conditions to be met by Friday, January 13.

In the interests of justice, the Government respectfully requests that the time from January 10, 2017 through the date of the scheduled pretrial conference be excluded for speedy trial calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A). The exclusion of time will permit the Government to begin to produce what will be extensive discovery in this case and allow time for defense counsel to review the discovery and consider whether to file any motions. The Government respectfully submits that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Very truly yours,

PREET BHARARA
United States Attorney

By:   _____/s/_____
Daniel S. Noble / Dennis R. Kihm
Assistant United States Attorney /
Trial Attorney, Criminal Div., Fraud Section
(212) 637-2239 / (202) 616-2999

Cc:   Julia Gatto, Esq. (by ECF and Email)