```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x    ECF CASE
                              :
UNITED STATES OF AMERICA      :
                              :    NOTICE OF APPEARANCE AND
       -v.-                   :    REQUEST FOR ELECTRONIC
                              :    NOTIFICATION
JOO HYUN BAHN,                :
   a/k/a "Dennis Bahn"        :
BAN KI SANG, and              :    16 Cr. 831 (ER)
MALCOLM HARRIS,               :
                              :
       Defendants.            :
                              :
------------------------------x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk of Court to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

                                        ANDREW WEISSMANN
                                        Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

                                      By:  /s/ Dennis R. Kihm
                                            Trial Attorney
                                            (202) 616-2999

Cc:  Defense Counsel (by ECF)